IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GYL COLE, et al.,

    Plaintiffs,

V.

CAMELBACK MOUNTAIN SKI RESORT, et al.,

    Defendants.

3:16-CV-1959
(JUDGE MARIANI)

## ORDER

AND NOW, THIS 28th DAY OF JUNE, 2017, upon consideration of Defendant Camelback Mountain Ski Resort's partial Motion to Dismiss, (Doc.20), **IT IS HEREBY ORDERED THAT** the Motion is **GRANTED**. Count II of Plaintiffs' Complaint, (Doc. 1-1), is **DISMISSED WITH PREJUDICE.**

Robert D. Mariani
United States District Court Judge