IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GYL COLE, et al., | : | |
| Plaintiffs, | : | |
| V. | : | 3:16-CV-1959 |
| | : | (JUDGE MARIANI) |
| CAMELBACK MOUNTAIN SKI RESORT, et al., | : | |
| Defendants. | : | |

## ORDER

AND NOW, THIS 16th DAY OF OCTOBER, 2017, upon consideration of Defendant Camelback Mountain Ski Resort's Motion for Summary Judgment, (Doc. 35), **IT IS HEREBY ORDERED THAT**

1. Defendant Camelback's Motion is **GRANTED**.

2. The Clerk of the Court is directed to enter judgment **IN FAVOR** of Defendant Camelback and **AGAINST** Plaintiffs with respect to Count I of Plaintiffs' Complaint.

3. The Clerk of the Court is directed to **CLOSE** the above captioned case.

Robert D. Mariani
United States District Court Judge